CHRIS T. RASMUSSEN, ESQ.
Nevada Bar 7149
RASMUSSEN & KANG
330 South 3rd Street, Suite 1010
Las Vegas, Nevada 89101
(702) 464-6007
Attorney for Kelly White

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA
\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:10-MJ-0781-VCF |
| v. | ) | **UNOPPOSED MOTION FOR UNITED STATES PROBATION TO DRAFT A PRESENTENCE REPORT PRIOR TO A CHANGE OF PLEA** |
| KELLY WHITE, | ) | |
| Defendant. | ) | |

Defendant, KELLY WHITE, by and through his attorney, CHRIS T. RASMUSSEN, ESQ., comes before the Court requesting that the United States Probation Department conduct a presentence report to establish whether White is a career criminal pursuant to (4B1.1).

DATED this 28TH Day of December, 2011

Respectfully submitted

_____/s/_____
CHRIS THOMAS RASMUSSEN

## MEMORANDUM OF POINTS AND AUTHORITES

White and the United States have worked out a plea negotiation in spirit.[1] The only way the parties will be able to complete the negotiation is if there is a determination regarding White's criminal history. Therefore, we are requesting an Order directing the United States Probation Department to conduct a pre-plea presentence report to determine criminal history.

DATED this 28th day of December, 2011.

Respectfully submitted

_____/s/_____
CHRIS THOMAS RASMUSSEN

## ORDER

IT IS SO ORDERED that the Unopposed Motion for United States Probation to Draft a Presentence Report Prior to a Change of Plea (dkt. 34) is GRANTED and the report shall be completed within sixty (60) days.

Dated this 13th day of January, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

---

[1] The Government is in agreement that a pre-plea presentence report is needed to finalize the negotiations.